

**IN THE
TENTH COURT OF APPEALS**

---

**No. 10-18-00256-CR**

**IN RE CHRISTOPHER L. ATHEY**

---

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Relator's petition for writ of mandamus is denied.[1]  Relator's motion for leave to file his petition for writ of mandamus is dismissed as moot.  *See* TEX. R. APP. P. 52, Notes and Comments ("The requirement of a motion for leave in original proceedings is repealed.").

---

[1] The petition for writ of mandamus has several procedural deficiencies.  It does not include the certification required by Rule of Appellate Procedure 52.3(j).  *See* TEX. R. APP. P. 52.3(j).  It also lacks a record.  *See id.* 52.7.  It also lacks a proper proof of service; a copy of all documents presented to the Court must be served on all parties (*i.e.*, the trial court judge and the State through the district attorney in this proceeding) and must contain proof of service.  *See id.* 9.5, 52.2.  Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules in this proceeding only.  *See id.* 2.

REX D. DAVIS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Petition denied
Opinion delivered and filed August 22, 2018
Do not publish
[OT06]

